Marquiz Law Office
Professional Corporation

1533 Teramo Street
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH B. COE;<br><br>    Plaintiff,<br><br>v.<br><br>NAV-LVH, LLC, a Nevada Limited Liability Company; DOES 1 through 100, inclusive; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>    Defendants. | Case No.:    2:24-cv-00766<br><br>**STIPULATION & ORDER TO DISMISS WITH PREJUDICE** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to dismiss the above-referenced matter with prejudice and for each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 22nd day of November, 2024.



Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
1533 Teramo Street
Henderson, NV 89052
Attorney for Plaintiffs

Greenspoon Marder LLP

By: /s/ Phillip A. Silvestri, Esq.
Phillip A. Silvestri, Esq.
Myrna L. Maysonet, Esq.
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, NV 89169
Attorneys for Defendant

### ORDER

IT IS SO ORDERED.

DATED this  22  of November, 2024.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE